# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

ELIZABETH FAYE BRYANT

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION NO. 07-1348

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED** that the Commissioner's decision be **REVERSED** and **REMANDED** for further proceedings in accordance therewith.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 11th day August, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE